# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JERRELL DORSEY and DOROTHY**
**DORSEY, INDIVIDUALLY and as CONSERVATOR**
**OF JERRELL DORSEY**                                                                 **PLAINTIFFS**

**VS.**                                          **2:20CV000087 JM**

**TIMOTHY GRIFFIN and KROGER DEDICATED**
**LOGISTICS CO.**                                                                         **DEFENDANTS**

## ORDER

The Court has been advised that this case has been resolved. Accordingly, the case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 25th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE